UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>　　　　BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| DIANA MELTON TRUST,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Appellee. | 15-CV-1151 (PAE) |
| EDWARD A. ZRAICK, JR., et al.,<br><br>　　　　　　Appellants,<br><br>　　v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Appellee. | 15-CV-1195 (PAE) |

| | |
|---|---|
| MICHAEL MOST,<br><br>    Appellant,<br><br>  v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Appellee. | 15-CV-1223 (PAE) |
| AARON BLECKER, et al.,<br><br>    Appellants,<br><br>  v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Appellee. | 15-CV-1236 (PAE) |
| ELLIOT G. SAGOR,<br><br>    Appellant,<br><br>  v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Appellee. | 15-CV-1263 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Gerald A. Novack of K&L Gates LLP hereby enters his appearance in this action as counsel for the Amici-Defendant identified below and requests that all pleadings and papers in this action be served upon the undersigned.

| **Amici-Defendant** | **Adversary Proceeding** |
|---|---|
| Stuart J. Rabin | *Picard v. Rabin*, Bankr. S.D.N.Y. Adv. Pro. No. 10-04675 (SMB) |

        Respectfully submitted,

        <u>/s/ Gerald A. Novack</u>
        Gerald A. Novack
        K&L GATES LLP
        599 Lexington Avenue
        New York, New York 10022
        (212) 536-3900
        (212) 529-3901 (fax)
        Email: gerald.novack@klgates.com